IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

G.F.L.M., LLC                                                                 PLAINTIFF

v.                          Case No. 1:17-cv-00046 KGB

CREST MARINE, LLC                                                        DEFENDANT

## ORDER

Before the Court is the notice of dismissal filed by plaintiff G.F.L.M., LLC (Dkt. No. 6). The motion states that this matter has settled and that, because defendant Crest Marine, LLC has not filed an answer or a motion for summary judgment, dismissal under Federal Rule of Civil Procedure 41(a)(1) is appropriate. For good cause shown, the Court grants the motion (Dkt. No. 6). This action is hereby dismissed with prejudice, with each party to bear its own costs.

So ordered this the 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge